AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

**WITNESS AND EXHIBIT RECORD**

*U.S. v. KING.*

| DATE 6/7/07 | CASE NUMBER 07-110M | OPERATOR K.N (CATI) | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| ATF Special Agent Paul Gemmato. | | 11:55am | 12:05pm | 12:13pm | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't 1 | Copy of Crim Cmpla. J & Affidavit. | No Obj | No Obj. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FILED

JUN 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE